ATLAS TRIMMING CORPORATION, Appellant, v. GUZY REALTY CO., INC., Respondent, et al., Defendants.— The attorney for respondent stipulated on the argument of this appeal, to waive the provisions of the order fining appellant $900 for its contempt of court, if appellant vacated the premises within two weeks. Appellant's attorney assured the court appellant would vacate within two weeks. Order unanimously affirmed, with $20 costs and disbursements to respondent, unless appellant vacates the premises by March 13, 1951, in which event, the order is modified by eliminating therefrom the provision fining appellant and, as so modified, affirmed, without costs. Settle order on notice. Present—Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.

HARRY W. GOLDING et al., Appellants, v. ARNHEIMER, INC., Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. No opinion. (See Civ. Prac. Act, §§ 83, 210, and *Sosnow, Kranz & Simcoe* v. *Storatti Corp.*, 269 App. Div. 122, affd. 295 N. Y. 675.) Present—Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.

In the Matter of the Estate of GEZA KOVACS, Deceased. DONALD C. HAYS, as Ancillary Administrator C. T. A. of GEZA KOVACS, Deceased, Respondent; EMMA SALAMON, as Executrix of JOSEPH T. SALAMON, Deceased, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.

In the Matter of BROADUANE CORPORATION, Appellant. CONTINENTAL STATIONERY CO., INC., et al., Respondents.—Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present—Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.

SCHOOL-TEACHERS SUPPLY CORP., Respondent, v. HERBERT SHUVALL et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under Two Deeds of Trust Made by WILLIAM W. ASTOR, Respondent, v. REINE, INC., Appellant. — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.

RACHEL LEVINE v. LOUIS LEVINE.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p 563.]